# ROBERT WISNIEWSKI & ASSOCIATES P.C.

ATTORNEYS-AT-LAW
225 BROADWAY, SUITE 612
NEW YORK, NY 10007

TEL: (212) 267-2101
FAX: (212) 587-8115

January 11, 2006

Hon. Joan M. Azrack
United States Magistrate
United States District Court - Eastern District of NY
225 Cadman Plaza East
Brooklyn, NY 11201
   VIA ECF AND TELEFAX

   Re: **Godlewska et al. v. Human Development Association, Inc. et al.**
   **Docket No: 03-CV-3985**

Dear Judge Azrack:

I am co-counsel, along with Constantine Kokkoris, Esq., for the Plaintiffs in this action. I am writing to request an extension of time for Plaintiffs until this Friday, January 13, 2006, noontime, to serve the motion for leave to amend the complaint, which was due on January 10, 2006. I have sought and obtained the consent of counsel for the existing defendants, Ann P. Edelman, Esq. and that of William Frankel, Esq. counsel for the intervenors and proposed defendants, the City of New York, the New York City Human Resources Administration, and the HRA's comissioner.

Owing to the fact that I was unexpectedly out of the country (taking care of my ailing mother and my aunt to whom I am the only family member) and returned to the office on Monday, January 9, 2006, I have been unable to finish the motion by the January 10, 2006 deadline. Inasmuch as I am getting the additional three (3) days to serve the motion, I agreed that each of the deadline for the service of the opposition papers by all defendants, and the deadline for the service of the reply papers shall be adjusted by the commensurate period of three (3) days.

Accordingly, I respectfully request that you endorse as "So Ordered" the instant letter to sanction the agreement of the counsel for the parties.

Sincerely,

Robert Wisniewski

cc:   Ann P. Edelman, Esq.
      Counsel for the existing defendants

      William Frankel, Esq.
      Counsel for the proposed Municipal Defendants