UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____X
ELZBIETA GODLEWSKA, KRYSTYNA BIELAWSKA,
BARBARA HATALA and BARBARA PILCH, on behalf :
of themselves and all others similarly situated,
                                                                                          :
                                                                                          :
                                        Plaintiff(s),                                  :
                                                                                          :
                v.                                                                      : **Case No.:**
                                                                                          : **CV 03 3985**
HDA, HUMAN DEVELOPMENT ASSOCIATION, INC., d/b/a :
HDA, YECHILA A. GRUENWALD a/k/a YECHIEL         : **AFFIDAVIT OF**
GRUENWALD individually and as Executive Director of : **SERVICE**
HDA, HUMAN DEVELOPMENT ASSOCIATION, INC.,       :
ZVI KESTENBAUM, MARINA VOSKOBOYNIKO,             :
GOLDA POKHIS a/k/a OLGA POKHIS, MARGARITA        :
ZILBERT, JANE DOE a/k/a "MRS. GRIEDMAN," and     :
JANE DOES 1-10 and JOHN DOE 1-10, being fictitious :
names, their true identities not yet known to the :
Plaintiffs,                                                                           :
                                                                                          :
                                        Defendant(s),                              :
_____X

STATE OF NEW YORK  )
                                    ) ss.:
COUNTY OF NASSAU  )

Dana Buro, being duly sworn, deposes and says.

That Deponent is not a party to this action, is over 18 years of age and resides at Bay Shore, New York.

That on the 3rd day of February 2006, Deponent served Memorandum of Law in Partial Opposition to Plaintiff's motion to Amend Complaint and Proposed Order upon:

Robert Wisniewski (RW-5308)                    Constantine Kokkoris (CK 6045)
Robert Wisniewski & Associates P.C             225 Broadway, Suite 612
225 Broadway, Suite 612                        New York, NY 10007
New York, NY 10007

Georgia Pestana, Esq.
Chief, Labor and Employment
New York City Law Department
Office of Corporation Counsel
100 Church Street
New York, New York 10007

by depositing a true copy of same enclosed in a post-paid, properly addressed wrapper, in a post-office/official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

*Dana Buro*
Dana Buro

Sworn to before me this
3rd day of February 2006

*Cara A. McCaffy*
Notary Public

Cara A. McCaffrey
Notary Public, State of New York
No. 02MC6056965
Qualified in Nassau County
Commission Expires April 9, 2002

Aos020306.db