

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

GEORGIA PESTANA
*Chief, Labor and Employment Law*
Tel.: (212) 788-0862
Fax: (212) 788-0940

February 10, 2006

Honorable Joan M. Azrack
U.S. Magistrate Judge
Eastern District of New York
225 Cadman Plaza East

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★    14    ★

BROOKLYN OFFICE

Re: Godlewska et al. v. HDA, et al
03 CV 3985 (DGT)(JMA)

Dear Judge Azrack:

    I write on behalf of the City of New York, the New York City Human Resources Administration ("HRA") and Verna Eggleston, as Commissioner of HRA (collectively, "the City") to request an extension of time to respond to plaintiffs' motion for leave to amend the complaint to add the City as defendants and assert claims relating back to the original filing of the complaint against City. Plaintiffs' counsel, Robert Wisniewski, and Ann Edelman, counsel for defendants, consent to the adjournment. The brief adjournment is necessary because the Assistant Corporation Counsel who had been working on the opposition papers was unable to complete them before she had to commence her child care leave five weeks earlier than anticipated.

    I respectfully request that the date for service of the City's opposition be adjourned until February 17, that the date for plaintiffs' reply to the City and defendants' opposition[1] be adjourned until February 27 and that the conference currently scheduled before

---

[1] Defendants do not require an adjournment as they have already served their opposition to plaintiffs' motion.

Your Honor at 11:00 a.m. on February 23 be adjourned to a date after February 27 that is convenient for the Court.

Thank you for your consideration.

Respectfully submitted,

Georgia Pestana
(GP 8596)

cc: BY FAX

Robert Wisniewski, Esq.
Anne P. Edelman, Esq.

*Conf March 1, 2006 at 1:00 PM*

*App. granted*

s/Joan M. Azrack

2/10/06

MOVANT'S COUNSEL IS DIRECTED TO SERVE A COPY OF THIS ORDER ON ALL PARTIES UPON RECEIPT