# ROBERT WISNIEWSKI & ASSOCIATES P.C.
### ATTORNEYS-AT-LAW
225 BROADWAY, SUITE 612
NEW YORK, NY 10007

TEL: (212) 267-2101
FAX: (212) 587-8115

February 17, 2006

Hon. Joan M. Azrack
United States Magistrate
United States District Court - Eastern District of NY
225 Cadman Plaza East
Brooklyn, NY 11201
    VIA ECF AND TELEFAX

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ FEB 23 ★

BROOKLYN OFFICE

Re: **Godlewska et al. v. Human Development Association, Inc. et al.**
    Docket No: 03-CV-3985 (DGT)

Dear Judge Azrack:

    I am co-counsel, along with Constantine Kokkoris, Esq., for the Plaintiffs in this action. Owing to the fact that I have a pre-existing settlement conference set for March 1, 2006, at 2:30 pm in a federal case pending in Newark, and my clients are coming from overseas to attend the conference, we are writing to kindly request a short adjournment of the conference in this matter, from March 1, 2006 at 1:00 pm to a different date thereafter.

    Thank you for your consideration.

Respectfully submitted,

/s/
Robert Wisniewski (RW-5308)

Conf adj to
March 9 2006
at 2:00

cc:    Constantine Kokkoris, Esq
        Co-counsel for Plaintiffs

        Ann P. Edelman, Esq.
        Counsel for the existing defendants

        William Frankel, Esq.
        Counsel for the proposed Municipal Defendants

s/Joan M. Azrack

USMJ
2/21/06

MOVANT'S COUNSEL IS DIRECTED
TO SERVE A COPY OF THIS ORDER
ON ALL PARTIES UPON RECEIPT