# ROBERT WISNIEWSKI & ASSOCIATES P.C.
ATTORNEYS-AT-LAW
225 BROADWAY, SUITE 612
NEW YORK, NY 10007

TEL: (212) 267-2101
FAX: (212) 587-8115

February 28, 2006

Hon. Joan M. Azrack
United States Magistrate Judge
United States District Court - Eastern District of NY
225 Cadman Plaza East
Brooklyn, NY 11201
   VIA ECF AND HAND DELIVERY

> **Re: Godlewska et al. v. Human Development Association, Inc. et al.
> Docket No: 03-CV-3985**

Dear Judge Azrack:

I am co-counsel, along with Constantine Kokkoris, Esq., for the Plaintiffs in this action.

Attached please find two sets of copies of a fully-briefed Motion for Leave to Amend the Complaint, containing the following documents:

1. Notice of Motion for Leave to File and Serve a Second Amended Complaint
2. Text of Proposed Order
3. Declaration of Robert Wisniewski in Support of Plaintiffs' Motion for Leave and Serve a Second Amended Complaint
4. Plaintiffs' Memorandum of Points and Authorities in Support of Motion for Leave to Amend the Complaint
5. Memorandum of Law in Partial Opposition to Plaintiffs' Motion to Amend the Complaint by Defendant Human Development Association, Inc.
6. Text of Proposed Order by Defendant Human Development Association, Inc.
7. The City's Memorandum of Law in Opposition to Plaintiffs' Motion for Leave to Amend the Complaint to Add the City, HRA, and Eggleston as Defendant

8.      Plaintiffs' Reply Memorandum of Law
9.      Reply Declaration of Robert Wisniewski, Esq.

In addition, we are attaching the docket sheet, printed after our filing of the fully-briefed motion, which shows the docket entries from <u>62 through 65</u> for the instant motion. Pursuant to your chambers' permission, we have filed the motion this morning. As we explained to chambers, confusion arose by the defendants' previous filing of their opposition on the ECF system. We are dispatching a computer-savvy law clerk who filed the instant motion with a full set of documents to the clerk of the court as well, to alert the clerk of the previous filings and to resolve the situation.

Finally, it is respectfully noted that the parties agreed at the December 6, 2005 status conference to submit the Motion for Leave to Amend the Complaint to your Honor. Should you require a written confirmation, we will gladly obtain it.

Respectfully submitted,

Robert Wisniewski (RW-5308)

cc:    Constantine Kokkoris, Esq
       Co-counsel for Plaintiffs (Cover Letter, Docket Sheet and Plaintiffs' Reply only)

       Ann P. Edelman, Esq.
       Counsel for the HDA defendants (Cover Letter, Docket Sheet and Plaintiffs' Reply only)

       Georgia Pestana, Esq.
       Counsel for the proposed Municipal Defendants (Cover Letter, Docket Sheet and Plaintiffs' Reply only)

**1:03-cv-03985-DGT-JMA** Godlewska et al v. Human Development Association, Inc et al
David G. Trager, presiding
Joan M. Azrack, referral
**Date filed:** 08/12/2003 **Date of last filing:** 02/28/2006

# History

| Doc. No. | Dates | | Description |
|---|---|---|---|
| 1 | Filed: Entered: | 08/12/2003 08/22/2003 | Complaint |
| 2 | Filed: Entered: | 08/29/2003 09/04/2003 | Summons Returned Executed |
| 3 | Filed & Entered: | 09/12/2003 | Stipulation and Order |
| 4 | Filed & Entered: | 10/10/2003 | Order |
| 5 | Filed & Entered: | 10/14/2003 | Letter |
| 6 | Filed & Entered: | 10/15/2003 | Letter |
| 7 | Filed: Entered: | 11/14/2003 11/20/2003 | Amended Complaint |
| 8 | Filed & Entered: | 12/15/2003 | Order |
| 9 | Filed: Entered: | 01/15/2004 01/20/2004 | Status Conference |
| 10 | Filed & Entered: | 03/22/2004 | Order |
| -- | Filed & Entered: | 04/13/2004 | Case set to ECF status. |
| -- | Filed & Entered: | 04/13/2004 | ECF registration forms have been mailed, so that all filings may be made electronically. |
| 11 | Filed & Entered: | 04/13/2004 | Order |
| 12 | Filed: Entered: Terminated: | 04/16/2004 05/05/2004 07/18/2005 | Motion to Dismiss |
| 13 | Filed: Entered: | 04/16/2004 05/05/2004 | Memorandum in Support |

| | | | |
|---|---|---|---|
| 14 | *Filed:*<br>*Entered:* | 04/16/2004<br>05/05/2004 | Memorandum in Opposition |
| 15 | *Filed:*<br>*Entered:* | 04/16/2004<br>05/05/2004 | Affidavit |
| 16 | *Filed:*<br>*Entered:* | 04/16/2004<br>05/05/2004 | Reply in Support |
| 17 | *Filed:*<br>*Entered:* | 04/16/2004<br>05/05/2004 | Affidavit |
| 18 | *Filed &*<br>*Entered:* | 06/28/2004 | Notice (Other) |
| 19 | *Filed:*<br>*Entered:* | 07/20/2004<br>07/23/2004 | Status Conference |
| 20 | *Filed &*<br>*Entered:* | 08/30/2004 | Letter |
| 21 | *Filed &*<br>*Entered:* | 09/15/2004 | Letter |
| 22 | *Filed &*<br>*Entered:* | 09/24/2004 | Memorandum & Opinion |
| 23 | *Filed &*<br>*Entered:* | 01/03/2005 | Letter |
| 24 | *Filed &*<br>*Entered:* | 01/12/2005 | Order |
| 25 | *Filed &*<br>*Entered:* | 03/01/2005 | Notice (Other) |
| 26 | *Filed &*<br>*Entered:* | 03/09/2005 | Notice (Other) |
| 27 | *Filed &*<br>*Entered:* | 03/21/2005 | Consent to Become Party (Class Action) |
| 28 | *Filed &*<br>*Entered:* | 03/22/2005 | Consent to Become Party (Class Action) |
| 29 | *Filed &*<br>*Entered:* | 03/23/2005 | Consent to Become Party (Class Action) |
| 30 | *Filed &*<br>*Entered:* | 03/29/2005 | Consent to Become Party (Class Action) |
| 31 | *Filed &*<br>*Entered:* | 04/04/2005 | Consent to Become Party (Class Action) |
| 32 | *Filed &*<br>*Entered:* | 04/13/2005 | Consent to Become Party (Class Action) |
| 33 | *Filed &*<br>*Entered:* | 04/18/2005 | Consent to Become Party (Class Action) |

| # | Status | Date | Description |
|---|---|---|---|
| 34 | Filed & Entered: | 04/22/2005 | Consent to Become Party (Class Action) |
| 35 | Filed & Entered: | 04/26/2005 | Consent to Become Party (Class Action) |
| 36 | Filed & Entered: | 04/29/2005 | Consent to Become Party (Class Action) |
| 37 | Filed & Entered: | 05/05/2005 | Consent to Become Party (Class Action) |
| 38 | Filed & Entered: | 05/09/2005 | Consent to Become Party (Class Action) |
| 39 | Filed & Entered: | 05/19/2005 | Consent to Become Party (Class Action) |
| 40 | Filed & Entered: | 05/20/2005 | Answer to Interrogatories |
| 41 | Filed & Entered: | 05/20/2005 | Response to Discovery |
| 42 | Filed & Entered: | 06/14/2005 | Consent to Become Party (Class Action) |
| 43 | Filed & Entered: | 06/20/2005 | Letter |
| 44 | Filed & Entered: | 06/23/2005 | Consent to Become Party (Class Action) |
| 48 | Filed: Entered: | 06/30/2005 07/12/2005 | Status Conference |
| 45 | Filed & Entered: | 07/01/2005 | Consent to Become Party (Class Action) |
| 46 | Filed & Entered: | 07/05/2005 | Consent to Become Party (Class Action) |
| 47 | Filed & Entered: | 07/11/2005 | Consent to Become Party (Class Action) |
| 49 | Filed & Entered: | 07/18/2005 | Order on Motion to Dismiss |
| 50 | Filed & Entered: | 07/25/2005 | Consent to Become Party (Class Action) |
| 51 | Filed & Entered: | 07/26/2005 | Consent to Become Party (Class Action) |
| 52 | Filed: Entered: | 09/29/2005 10/06/2005 | Status Conference |
| 53 | Filed: Entered: | 12/06/2005 12/13/2005 | Status Conference |

| 54 | Filed & Entered: | 01/11/2006 | Letter |
|---|---|---|---|
| 55 | Filed & Entered: | 01/17/2006 | Order |
| 56 | Filed & Entered: | 02/03/2006 | Motion for Leave to File |
| 57 | Filed & Entered: | 02/03/2006 | Memorandum in Opposition |
| 58 | Filed & Entered: | 02/03/2006 | Affidavit of Service |
| 59 | Filed & Entered: | 02/14/2006 | Order |
| 60 | Filed & Entered: | 02/17/2006 | Motion to Adjourn Conference |
| 61 | Filed & Entered: | 02/23/2006 | Order |
| 62 | Filed & Entered: | 02/28/2006 | Motion to Amend/Correct |
| 63 | Filed & Entered: | 02/28/2006 | Response in Opposition to Motion |
| 64 | Filed & Entered: | 02/28/2006 | Response in Opposition to Motion |
| 65 | Filed & Entered: | 02/28/2006 | Reply to Response to Motion |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/28/2006 12:24:51 | | | |
| PACER Login: | rw0662 | Client Code: | |
| Description: | History/Documents | Search Criteria: | 1:03-cv-03985-DGT-JMA |
| Billable Pages: | 2 | Cost: | 0.16 |