```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------- x

ELZBIETA GODLEWSKA, KRYSTYNA
BIELAWSKA, BARBARA HATALA and
BARBARA PILCH, on behalf of                    ORDER
themselves and all others
similarly situated,
                                               Civil Action No.
                 Plaintiffs,                   CV-03-3985 (DGT)

        - against -

HUMAN DEVELOPMENT ASSOCIATION,
INC., d/b/a HDA, YECHILA A.
GRUENWALD a/k/a YECHIEL GRUENWALD
individually and as Executive
Director of HDA, HUMAN DEVELOPMENT
ASSOCIATION, INC., ZVI KESTENBAUM,
MARINA VOSKOBOYNIKO, GOLDA POKHIS
a/k/a OLGA POKHIS, MARGARITA
ZILBERT, JANE DOE a/k/a "MRS.
GRIEDMAN," and JANE DOES 1-10 and
JOHN DOE 1-10, being fictitious
names, their true identities not
yet known to the Plaintiffs,

                 Defendants.
------------------------------------------------- x
```

TRAGER, J.:

    Plaintiffs' motion to amend their complaint is respectfully referred to Magistrate Judge Joan M. Azrack for decision, pursuant to 28 U.S.C. § 636(b)(1)(A).

Dated:    Brooklyn, New York
           March 2, 2006

                                      SO ORDERED:

                                      _____/s/_____
                                      David G. Trager
                                      United States District Judge