**ROBERT WISNIEWSKI P.C.**
ATTORNEYS-AT-LAW

225 BROADWAY, SUITE 1020 • NEW YORK, NY 10007
TEL: (212) 267-2101 • FAX: (212) 587-8115
WEBSITE: www.rwapc.com

December 13, 2017

Hon. Raymond J. Dearie
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
    *VIA ECF*

**Re: Godlewska v. Human Development Association, Inc. et al**
    **Docket No.: 03-cv-03985 (RJD) (JO)**

Dear Judge Dearie,

    I represent Plaintiffs in this action. By this letter motion, I respectfully request that the pretrial conference currently scheduled for December 20, 2017 be adjourned to February 7, 2018 or to any date thereafter agreeable to the Court. This is the first request of this kind. Defendants consent and there is no prejudice to any party.

    The reason for this request is as follows. On November 28, 2017, I was informed that my 83 year old mother passed away in Warsaw, Poland. I am her only surviving relative and I immediately flew to Poland to handle her affairs. My mother lived alone and pursuant to EU rules, the police sealed her apartment after she died. Therefore, in addition to organizing a funeral, I will have to initiate legal proceedings to have her apartment unsealed so that I can enter it and organize her affairs. I am scheduled to return on January 8, 2018.

    I have a very small firm with one pre-admitted associate. For these reasons, I am unable to attend the pretrial conference on December 20, 2017. The parties checked their calendars and realized that February 7, 2018 was the earliest date for both parties to attend the conference.

    Accordingly, I respectfully request that the pretrial conference currently scheduled for December 20, 2017 be adjourned to February 7, 2018 or to any date thereafter agreeable to the Court.

    Thank you for your attention to the foregoing.

    Respectfully submitted,
    -------------/s/--------------
    Robert Wisniewski

cc:
    Richard Howard, Esq.
    Counsel for Defendants
    *VIA ECF*