# ROBERT WISNIEWSKI P.C.
ATTORNEYS-AT-LAW

225 BROADWAY, SUITE 1020 • NEW YORK, NY 10007
TEL: (212) 267-2101 • FAX: (212) 587-8115
WEBSITE: www.rwapc.com

January 17, 2018

Hon. Raymond J. Dearie
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
    *VIA ECF*

**Re: Godlewska v. Human Development Association, Inc. et al**
**Docket No.: 03-cv-03985 (RJD) (JO)**

Dear Judge Dearie,

    I represent Plaintiffs in this action. By this letter, counsel for both sides jointly and respectfully submit this status report to inform you that they have an agreement in principle regarding settlement and that they have almost completed resolving the textual issues involving the settlement agreement and other related documents.

    In light of this, counsel for the parties respectfully request that a 60 day order be issued, subject to reopening and the *Cheeks* review (inasmuch as some of the Plaintiffs' claims are under the Fair Labor Standards Act).

    We will provide further information at the noon telephone conference tomorrow.

    Thank you for your attention to the foregoing.

                              Respectfully submitted,

                              -------------/s/-------------
                              Robert Wisniewski

cc:
    Richard Howard, Esq.
    Counsel for Defendants
    *VIA ECF*