LAW OFFICES

# MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP

190 WILLIS AVENUE, MINEOLA, NY 11501
TELEPHONE: (516) 747-0300
FASCIMILE: (516) 747-0653
INTERNET: www.meltzerlippe.com

*Richard Howard, Esq.*
*Direct Dial: 516-747-0300 ext. 177*
*Email: RHoward@meltzerlippe.com*
*Facsimile 516-237-2893*

*Video Conference Facilities*

April 18, 2018

**VIA ECF**
The Honorable James Orenstein
225 Cadman Plaza East
Courtroom 11D South
Brooklyn, New York 11201

> **Re:**   **Elzbieta Godlewska, et al. v. HDA, Human Development
> Association, Inc., et al.
> Case No.: 03 Civ. 3985
> MLGB File No: 13024-00020**

Your Honor:

I find myself in the unenviable position of having to request a one (1) day adjournment of the trial of this matter.  When I consented to the adjournment request of Mr. Wisniewski (Plaintiffs' counsel), I did not realize I would still be in San Diego on May 29th, en route back to New York.  I am attending the wedding of the daughter of dear friends in San Diego over the Memorial Day Weekend.  I have booked the flight and hotel room and am attending with my wife.

Plaintiffs' counsel consents to this request.  I genuinely and sincerely regret any inconvenience caused by this request and implore the Court to grant same.  It is only one day.  If you are married I am sure you can understand the consequences to me, personally, if the request is denied.

Your consideration of the above is appreciated.

Respectfully submitted,

Richard M. Howard

cc:   Robert Wisniewski, Esq. *(Via E-mail)*
      Jonathan D. Farrell, Esq.  *(Via E-mail)*
      Client *(Via E-Mail)*



Long Island's Business Law Firm ℠