| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | Civil Conference<br>Minute Order |
| Before: James Orenstein<br>U.S. Magistrate Judge | Date:   5/21/2018<br>Time:   2:00 p.m. |

*Elzbieta Godlewska, et al. v. Human Development Association, Inc., et al.*
03-CV-3985 (JO)

Type of Conference:  Pretrial

Appearances:   Plaintiffs        Robert Wisniewski
               Defendants    Richard M. Howard

Scheduling: The bench trial will begin on May 30, 2018, at 9:30 a.m.

Summary: I discussed trial logistics with counsel as set forth on the record. The bench trial will begin as previously scheduled, and as noted above; I will not delay the start of the trial for a *Cheeks* hearing. As previously ordered, any plaintiff with any claim for which a settlement has not been approved must appear for the start of the trial; I will dismiss for failure to prosecute the claims of any plaintiff who does not comply. Each party will prepare three copies of a binder of its pre-marked exhibits: one for the witness, one for opposing counsel, and one for me. Each party is responsible for providing a court-certified interpreter to assist any witness that party calls who requires such assistance.

SO ORDERED

_____/s/_____
James Orenstein
U.S. Magistrate Judge