| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | Civil Conference<br>Minute Order |
| Before: James Orenstein<br>         U.S. Magistrate Judge | Date:   5/31/2018<br>Time:   2:00 p.m. |

*Elzbieta Godlewska v. Human Development Association, Inc., et al.*
03-CV-3985 (JO)

Type of Conference:  Hearing

Appearances:   Plaintiff         Robert Wisniewski

               Defendants    Richard M. Howard, Thomas Bianco

Scheduling: There are no further conferences scheduled before me at this time.

Summary: On consent, the parties will confer and submit, no later than June 14, 2018, a proposed amended settlement agreement that eliminates the conflict of interest among the plaintiffs in the manner discussed on the record, as well as a proposal for notifying all plaintiff who have not agreed to the proposed settlement of their final opportunity to prosecute their claims. Upon approving both items, I will allow Mr. Wisniewski to withdraw as counsel of record for the non-signing plaintiffs. I will defer further consideration of any potential Rule 11 violation pending the completion of the steps described above.

SO ORDERED

          /s/          
James Orenstein
U.S. Magistrate Judge