**ROBERT WISNIEWSKI P.C.**
ATTORNEYS-AT-LAW

225 BROADWAY, SUITE 1020 • NEW YORK, NY 10007
TEL: (212) 267-2101 • FAX: (212) 587-8115
WEBSITE: www.rwapc.com

June 14, 2018

Hon. James Orenstein
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza E
Brooklyn, New York 11201
    *VIA ECF*

**Re: Godlewska et al. v. Human Development Association, Inc. et al.
Docket No.: 03-cv-3985 (ADS) (JO)**

Dear Judge Orenstein,

    I represent Plaintiffs in this matter. I write with the consent of Defense counsel to respectfully request a short extension, until Monday, June 25, 2018 for the parties to submit a proposed amended settlement agreement. This is the first request of this kind. There is no prejudice to any party.

    The reason for this request is as follows. There is a catastrophe in my office. My firm is located in a 90 year old building that is now being renovated. Last night, building workers drilled holes throughout the entire office to install a sprinkler system and left everything in total disarray. Not only is the office covered in dust and debris, but all of the computers are disconnected from the server. Luckily, I am able to access word perfect from my desktop to draft this request.

    I immediately ordered technical assistance to restore my firm's computer system, but I do not know when the system will be fully restored. In addition to fixing the current computer issue, my entire office personnel and I will have to spend a substantial amount of time cleaning and trying to restore the office as it is impossible to work under the present condition. As a result, I will be unable to complete the proposed amended settlement agreement by today's deadline

    Accordingly, I respectfully request a short extension, until Monday, June 25, 2018 for the parties to submit a proposed amended settlement agreement.

    Thank you for your attention to the foregoing.

Respectfully submitted,
*/s/ Robert Wisniewski*
Robert Wisniewski