```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ELZBIETA GODLEWSKA, et al.,                                    ORDER
                           Plaintiffs,
              - against -
HUMAN DEVELOPMENT
ASSOCIATION, INC., et al.,                                     03-CV-3985 (JO)
                           Defendants.
-----------------------------------------------------------X
```

James Orenstein, Magistrate Judge:

The motion for final approval of the proposed settlement is granted. Pursuant to the terms of the settlement agreement, any absentee plaintiff will have sixty (60) days to provide written consent or non-consent to the settlement agreement. Failure to do so will result in the dismissal of his or claims. Any absentee plaintiff who seeks to present his or her claim in court must obtain separate counsel or proceed *pro se*. If the aggregate amount allocated to such claims exceeds the amount specified in the parties' agreement, the settlement will be deemed invalid and I will schedule further proceedings. I respectfully direct the Clerk of the Court to mark this action closed subject to re-opening if the settlement is not consummated.

SO ORDERED.

Dated: Brooklyn, New York
       September 28, 2018

                                                                    /s/
                                                              James Orenstein
                                                              U.S. Magistrate Judge